**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**


**UNITED STATES OF AMERICA**

    **VS.**                       **CASE  NO. 3:98CR092-001(CCC)**

**STACEY CARNEY**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***


**MOTION REQUESTING EARLY TERMINATION**

TO THE HONORABLE CARMEN C. CEREZO
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, JEFFREY SEMIDEY-ACOSTA U.S. PROBATION OFFICER of this**

**Court,** presenting an official report on the conduct and attitude of releasee, Stacey

Carney, who on December 8, 1998, was sentenced to sixty (60) months of imprisonment

to be followed by a four (4) year supervised release term after he pleaded guilty of

violating Title 21 U.S.C., §§ 846 & 841(a)(1)(d) & 2, 2114, 2117; 18:924(c)(1) & 2.  As

special conditions he was ordered to provide financial disclosure, and to pursue

employment or to be engaged in vocational training.  He was also ordered to make a

special monetary assessment in the amount of $100.00.  On July 24, 2002, the offender

was released from custody to the District of Delaware.

    On August 22, 2005, a letter was received from Graig H. Carpenter, Senior U.S.

Probation Officer, District of Delaware informing that since his release from confinement

Mr. Carney has fully complied with all of his supervised release conditions.  His residence,

employment, and family situation are stable.  Reportedly, the offender's adjustment to

supervision has been excellent and he is currently classified as a low risk offender.  Mr.

Carney has completed thirty-seven (37) months of the imposed supervised release term,

which expires on July 23, 2006, and has complied with his conditions of supervision as

mandated.

**WHEREFORE**, based on Mr. Carney's excellent adjustment to supervision and as

he has already served two-thirds of his supervision term required by the Guide to Judiciary

Policies and Procedures, it is respectfully requested that he be granted early termination

as recommended by the U.S. Probation Officer of Delaware.

In San Juan, Puerto Rico, this 6th  day of September 2005.

Respectfully submitted,

s/Jeffrey Semidey
Jeffrey Semidey
U.S. Probation Officer
Federal Office Building Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 771-3631
Fax: (787) 766-5945
E-mail: jeffrey_semidey@prp.uscourts.gov

2

## CERTIFICATE  OF  SERVICE

I HEREBY CERTIFIED that on September 6th, 2005, I electronically filed the foregoing with the Clerk of the Court  using  he CM/ECF system which send notification of such filing to the following: Assistant U.S. Attorney José A. Ruíz

I hereby certify that I have mailed by the United States Postal Service the document to Joseph Laws, Federal Public Defender, Patio Gallery Building 241, Franklin D. Roosevelt Avenue, San Juan, PR 00918.

At San Juan, Puerto Rico, this 6th day of September 2005.

s/Jeffrey Semidey
Jeffrey Semidey
U.S. Probation Officer
Federal Office Building Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 771-3631
Fax: (787) 766-5945
E-mail:
jeffrey_semidey@prp.uscourts.gov