✎PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Judicial District of Puerto Rico

UNITED STATES OF AMERICA

v.                                                    } Crim. No.    3:98CR092-001(CCC)

STACEY CARNEY

On _____ July 24, 2002 _____ the above named was placed on probation/supervised release for a period of

__four__ years.  The probationer/supervised releasee has complied with the rules and regulations of probation/supervised

release and is no longer in need of supervision.  It is accordingly recommended that the probationer/supervised releasee be

discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision

and that the proceedings in the case be terminated.

Dated this _____ day of _____ , 20 _____ .

_____
United States District Judge