IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERIA<br>Plaintiff<br>vs<br>STACEY CARNEY<br>Defendant | CRIMINAL 98-0092CCC |

**O R D E R**

Having considered the Motion Requesting Early Termination of Supervised Release filed by U.S. Probation Officer Jeffrey Semidey-Acosta on September 6, 2005 as to defendant Stacey Carney (**docket entry 26**), the same is GRANTED. The remaining term of supervised release of defendant Carney, eleven (11) months, is hereby terminated pursuant to 18 U.S.C. § 3583(e)(1).

SO ORDERED.

At San Juan, Puerto Rico, on September 12, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge